# UNITED STATES DISRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ANITA F.,

    Plaintiff,

    v.

COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

Case No. 2:21-cv-3632
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on the parties' Joint Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 11.) The Court hereby **GRANTS** the parties' joint motion and awards Plaintiff EAJA fees of $2,900.00 and costs of $402.00, for a total award of $3,302.00. (*Id.*) Consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010), counsel for the parties shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff.

This case is to remain closed on the docket of this Court.

    **IT IS SO ORDERED.**

1/25/2022
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**